11-CV-05325-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE M. CARDOT,<br><br>               Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>               Defendant. | Case No. C11-5325-JLR-BAT<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS** |

The Court, after careful consideration of plaintiff's complaint, defendant's motion to dismiss, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Defendant's motion to dismiss (Dkt. 11) is **GRANTED** as to plaintiff's claims under 42 U.S.C. § 405(g) and **DENIED** as to plaintiff's constitutional claim.

(3) Defendant is directed to file an answer to plaintiff's constitutional claim.

The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 7th day of Sept., 2011.

                                       JAMES L. ROBART
                                       United States District Judge