UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE M. CARDOT,

            Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

            Defendant.

Case No. C11-5325-JLR-BAT

**SECOND REPORT AND RECOMMENDATION**

This is the second time this Court has addressed this matter. Initially, Julie M. Cardot brought an action seeking review of the denial of her application for disability insurance benefits by the Commissioner of the Social Security Administration. Dkt. 3. The Commissioner then filed a motion to dismiss this case for lack of subject matter jurisdiction and for failure to state a claim on which relief may be granted. This Court recommended Ms. Cardot's claims under 42 U.S.C. § 405(g) be dismissed and that the Commissioner be directed to file an answer to Ms. Cardot's constitutional claim. Dkt. 14. On September 9, 2007, the Honorable James L. Robart entered an order adopting this recommendation. Dkt. 15.

On September 19, 2011, the parties filed a stipulated motion to remand the matter pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Dkt. 16. Specifically, the parties stipulate that on remand, the Administrative Law Judge shall send Ms.

SECOND REPORT AND RECOMMENDATION - 1

Cardot's counsel a copy of her current and prior files, give counsel adequate time to review the file, present argument, and submit any new or material evidence.  The ALJ will review any new submissions and determine whether res judicata applies or a de novo review of the evidence is appropriate.  The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Having reviewed the pleadings and the administrative record, the Court recommends the Court grant the stipulated motion and that the case be **REVERSED** and **REMANDED** for further administrative proceedings as set forth above.  As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it be approved immediately.  A proposed order accompanies this Report and Recommendation.

DATED this 20th day of September, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge